ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                    )
                                               )
U.S. Aeroteam, Inc.                            )      ASBCA No. 63000
                                               )
Under Contract No. FA8526-12-C-0039            )

APPEARANCES FOR THE APPELLANT:        Milton C. Johns, Esq.
                                      Jill F. Helwig, Esq.
                                        Executive Law Partners, PLLC
                                        Fairfax, VA

APPEARANCES FOR THE GOVERNMENT:       Caryl A. Potter, III, Esq.
                                        Air Force Deputy Chief Trial Attorney
                                      Isabelle P. Cutting, Esq.
                                      Michael J. Farr, Esq.
                                        Trial Attorneys

<u>ORDER OF DISMISSAL</u>

Pursuant to the joint request of the parties dated April 14, 2026, this appeal is dismissed with prejudice.

Dated:  April 15, 2026

_____
MICHAEL N. O'CONNELL
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63000, Appeal of U.S. Aeroteam, Inc., rendered in conformance with the Board's Charter.

Dated:  April 15, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals